1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                      OAKLAND DIVISION

| | |
|---|---|
| DONALD NOBLES, Individually and on Behalf of All Others Similarly Situated, ) ) | Case No. C-06-3723 SBA |
| ) Plaintiff, ) ) | <u>CLASS ACTION</u> |
| v. ) ) ) | **ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO SET A DEADLINE FOR A RULE 26(f) CONFERENCE OF PARTIES** |
| MBNA CORPORATION, ) MBNA AMERICA BANK, N.A., ) MBNA MARKETING SYSTEMS, INC., BANK ) OF AMERICA CORPORATION, ) ) Defendants. ) ) ) | |

---

[PROPOSED] ORDER DENYING PL.'S MOT. FOR ADMIN. RELIEF TO SET DEADLINE FOR RULE 26(f) CONF.
C-06-3723 SBA

1 | Having considered arguments in support of and in opposition to Plaintiff's Motion for
2 | Administrative Relief to Set a Deadline for a Rule 26(f) Conference of Parties, and not finding good
3 | cause therefor, the Court rules as follows:
4 |     1.    Plaintiff's Motion for Administrative Relief to Set a Deadline for a Rule 26(f)
5 | Conference is hereby DENIED.  The parties shall confer as required by Rule 26(f) of the Federal
6 | Rules of Civil Procedure.
7 |     IT IS SO ORDERED.

DATED:
9/11/06

_____*Saundra B. Armstrong*_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

DATED:  September 1, 2006

ARNOLD & PORTER LLP
LAURENCE J. HUTT
JOHN R. LAWLESS

_____/s/_____
    LAURENCE J. HUTT
    Attorneys for Defendants

408900_1.DOC

-1-
[PROPOSED] ORDER DENYING PL.'S MOT. FOR ADMIN. RELIEF TO SET DEADLINE FOR RULE 26(f) CONF.
C-06-3723 SBA