LAURENCE J. HUTT (S.B. # 066269)
JOHN R. LAWLESS (S.B. # 223561)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199
Laurence_Hutt@aporter.com
John_Lawless@aporter.com

Attorneys for Defendants

PATRICK J. COUGHLIN (S.B. # 111070)
AZRA Z. MEHDI (S.B. # 220406)
EX KANO S. SAMS II (S.B. # 192936)
JAMES G. GILYARD (S.B. # 220791)
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone:  (415) 288-4545
Facsimile:  (415) 288-4534
pcoughlin@lerachlaw.com
amehdi@lerachlaw.com
esams@lerachlaw.com
jgilyard@lerachlaw.com

Attorneys for Plaintiff
[Additional Counsel listed on last page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD NOBLES, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MBNA CORPORATION,<br>MBNA AMERICA BANK, N.A.,<br>MBNA MARKETING SYSTEMS, INC., BANK OF AMERICA CORPORATION,<br><br>　　　　　　　Defendants. | Case No. C-06-3723 SBA<br><br>**JOINT STIPULATION AND ORDER CONTINUING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE
FOR DEFENDANTS' MOTION TO DISMISS  - C-06-3723 SBA

**STIPULATION**

Defendants MBNA Corporation, MBNA America Bank, N.A., MBNA Marketing Systems, Inc., and Bank of America Corporation ("Defendants"), on the one hand, and Plaintiff Donald Nobles ("Plaintiff"), on the other hand, through their respective counsel of record, pursuant to Civil L.R. 6-1(b), hereby stipulate and agree as follows:

WHEREAS, as a result of Court-ordered changes, the Case Management Conference is currently scheduled for November 15, 2006, at 3:00 p.m., via telephone;

WHEREAS, the Court, on its own motion, recently continued the hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint to November 14, 2006 at 1:00 p.m. from October 24, 2006, a date previously agreed upon among counsel and approved by the Court;

WHEREAS, all of the briefing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint has been completed and all briefs have been filed;

WHEREAS, prior to the Court's continuance of the hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint to November 14, 2006, counsel for Defendants who will be appearing at that hearing had committed to an out-of-state trip for business meetings and firm partnership meetings that would preclude his appearance at a hearing on November 14, 2006;

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, subject to the approval of the Court, that the hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for the above-captioned case be continued as follows:

1. The hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, currently set for November 14, 2006 at 1:00 p.m., shall be continued to November 28, 2006, at 1:00 p.m.;

//
//
//
//

2.  This Stipulation does not change the date for the Case Management Conference, currently scheduled for November 15, 2006.

DATED: October ____, 2006          ARNOLD & PORTER LLP

By: /S/ Laurence J. Hutt
    LAURENCE J. HUTT
    Attorneys for Defendants

DATED: October ____, 2006          LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP

By: /S/ Ex Kano S. Sams II
    EX KANO S. SAMS II
    Attorneys for Plaintiff

**ORDER**

Based upon the foregoing Stipulation of the parties and good cause appearing therefor,

IT IS SO ORDERED.

DATED: 10/30/06          _____
    THE HONORABLE SAUNDRA B. ARMSTRONG
    UNITED STATES DISTRICT JUDGE

413100_1.DOC

1 | ADDITIONAL COUNSEL

2 | BONNY E. SWEENEY (S.B. # 176174)
LERACH COUGHLIN STOIA GELLER
3 | RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
4 | San Diego, CA 92101
Telephone: (619) 231-1058
5 | Facsimile: (619) 231-7423
bsweeney@lerachlaw.com

7 | MICHAEL RUBIN (S.B. # 80618)
CLAIRE PRESTEL (S.B. # 235649)
8 | ALTSHULER, BERZON, NUSSBAUM
177 Post Street, Suite 300
9 | San Francisco, CA 94108
Telephone: (415) 421-7151
10 | Facsimile: (415) 362-8064
mrubin@altshulerberzon.com
11 | cprestel@altshulerberzon.com

12 | Attorneys for Plaintiff

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE
FOR DEFENDANTS' MOTION TO DISMISS - C-06-3723 SBA