**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 19, 2007**

**C-06-03723** CRB

 NOBLES  v.  MBNA CORPORATION ET AL

| Attorneys: | Michael Rubin, Azra Mehdi | Laurence Hutt |
| --- | --- | --- |
| | Bonny Sweeney | John Lawless |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Kathy Powell**

**PROCEEDINGS:**                                                                                      **RULING:**

1.  D's Motion to Dismiss 1st Amended Complaint                                 Denied

2.

3.

**ORDERED AFTER HEARING:**

Discovery to go forward.  The Court grants extension of two weeks to file answer.

If no agreement has been met by 2/16/2007 counsel are to attend the case management conference set for 3/06/07

( ) ORDER TO BE PREPARED BY:   Plntf ____ Deft ____ Court ____

( ) Referred to Magistrate Judge For: ____

(X) CASE CONTINUED TO March 06, 2007 @ 4:00 p.m for Further Case Management Conference.

Discovery Cut-Off ____                                  Expert Discovery Cut-Off ____

Plntf to Name Experts by ____                       Deft to Name Experts by ____

P/T Conference Date ____     Trial Date ____   Set for ____ days
                               Type of Trial:  ( )Jury    ( )Court

Notes: ____