| | |
|---|---|
| LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>PATRICK J. COUGHLIN (111070)<br>AZRA Z. MEHDI (220406)<br>EX KANO S. SAMS II (192936)<br>JAMES G. GILYARD (220791)<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>pcoughlin@lerachlaw.com<br>amehdi@lerachlaw.com<br>esams@lerachlaw.com<br>jgilyard@lerachlaw.com<br>   – and –<br>BONNY E. SWEENEY (176174)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>bsweeney@lerachlaw.com | ALTSHULER BERZON LLP<br>MICHAEL RUBIN (80618)<br>CLAIRE PRESTEL (235649)<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: 415/421-7151<br>415/362-8064 (fax)<br>mrubin@altshulerberzon.com<br>cprestel@altshulerberzon.com |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NOBLES, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>    vs.<br><br>MBNA CORPORATION, et al.,<br><br>                              Defendants. | No. C-06-03723-CRB<br><br>STIPULATION AND [PROPOSED] ORDER RE: CLASS CERTIFICATION BRIEFING SCHEDULE |

1     WHEREAS the Court set an August 31, 2007 deadline for plaintiff to move for class

2 certification during the June 8, 2007 case management conference;

3     WHEREAS the parties have met and conferred regarding discovery and have begun the

4 discovery process but agree that they will need more time before class certification briefing to

5 conduct and review discovery and to resolve any disputes that arise during the discovery process;

6

7     WHEREAS the parties agree to a longer briefing schedule for class certification, with

8 additional time for defendants' opposition brief and for plaintiff's reply;

9     THEREFORE, the parties, by and through their counsel, stipulate and request that:

10     (1)    The deadline for plaintiff to move for class certification shall be January 11, 2008;

11     (2)    Defendants' opposition brief shall be due on February 15, 2008;

12     (3)    Plaintiff's reply shall be due on March 7, 2008;

13

14     (4)    Plaintiff's motion for class certification shall be noticed for hearing on March 21,

15 2008 or thereafter; and

16     (5)    The motion hearing currently scheduled for October 12, 2007 at 10:00 a.m. is

17 vacated.

18

19 DATED: July 26, 2007                  LERACH COUGHLIN STOIA GELLER
20                                                RUDMAN & ROBBINS LLP
                                            PATRICK J. COUGHLIN
21                                             AZRA Z. MEHDI
                                            EX KANO S. SAMS II
22                                             JAMES G. GILYARD

23

24                                             EX KANO S. SAMS II

25                                             100 Pine Street, Suite 2600
26                                             San Francisco, CA 94111
                                            Telephone: 415/288-4545
27                                             415/288-4534 (fax)

28

STIP. AND [PROP.] ORDER RE: CLASS CERT. BRIEFING SCHEDULE - C-06-03723-CRB    - 1 -

| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   | RUDMAN & ROBBINS LLP |
| 2 | BONNY E. SWEENEY |
|   | 655 West Broadway, Suite 1900 |
| 3 | San Diego, CA 92101 |
|   | Telephone: 619/231-1058 |
| 4 | 619/231-7423 (fax) |
| | |
| 5 | ALTSHULER, BERZON LLP |
|   | MICHAEL RUBIN |
| 6 | CLAIRE PRESTEL |
|   | 177 Post Street, Suite 300 |
| 7 | San Francisco, CA 94108 |
|   | Telephone: 415/421-7151 |
| 8 | 415/362-8064 (fax) |
| | |
| 9 | Attorneys for Plaintiff |

DATED: July 26, 2007

ARNOLD & PORTER LLP
SHARON DOUGLASS MAYO

*/s/ Sharon D. Mayo*
_____
SHARON DOUGLASS MAYO

90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: 415/356-3000
415/356-3099 (fax)

LAURENCE J. HUTT
JOHN R. LAWLESS
TERI R. RICHARDSON
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: 213/243-4137
213/243-4189 (fax)

DAVID BERGMAN
MICHAEL P. LEWIS
555 Twelfth Street, NW
Washington, DC 20004
Telephone: 202/942-5000
202/942-5999 (fax)

Attorneys for Defendants

**ORDER**

The forgoing stipulation is approved, and IT IS SO ORDERED.

Dated: __July 27, 2007__

