LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
AZRA Z. MEHDI (220406)
JAMES G. GILYARD (220791)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545415/288-4534 (fax)
pcoughlin@lerachlaw.com
amehdi@lerachlaw.com
jgilyard@lerachlaw.com
    –and–
EX KANO S. SAMS II (192936)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)
esams@lerachlaw.com
    –and–
BONNY E. SWEENEY (176174)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bsweeney@lerachlaw.com

ALTSHULER BERZON LLP
MICHAEL RUBIN (80618)
REBEKAH B. EVENSON (207825)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
415/362-8064 (fax)
mrubin@altshulerberzon.com
revenson@altshulerberzon.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NOBLES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MBNA CORPORATION, et al.,<br><br>Defendants. | No. C-06-03723-CRB (JL)<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION TO FILE EXHIBIT UNDER SEAL**<br><br>DATE: September 12, 2007<br>TIME: 9:30 a.m.<br>JUDGE: Hon. James Larson<br>CTRM: 15th Floor |

1  Plaintiffs' Motion to File Exhibit Under Seal, having come before this Court for consideration,
2  is GRANTED.  It is hereby ORDERED that Exhibit 1 to the Declaration of Rebekah B. Evenson in
3  Support of Plaintiffs' Motion to Compel shall be filed under seal.

Dated: September 11, 2007

_____
Hon. James Larson
United States District Judge