COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI (220406)
WILLOW E. RADCLIFFE (200087)
DANIEL J. PFEFFERBAUM (248631)
JAMES G. GILYARD (220791)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
amehdi@csgrr.com
wradcliffe@csgrr.com
dpfefferbaum@csgrr.com
jgilyard@csgrr.com
  – and –
EX KANO S. SAMS II (192936)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)
esams@csgrr.com

ALTSHULER BERZON LLP
MICHAEL RUBIN (80618)
REBEKAH B. EVENSON (207825)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
415/362-8064 (fax)
mrubin@altshulerberzon.com
revenson@altshulerberzon.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NOBLES, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>vs.<br><br>MBNA CORPORATION, et al.,<br><br>               Defendants. | No. C-06-03723-CRB(JL)<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER RE: MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE |

| | |
|---|---|
| 1 | WHEREAS at the June 8, 2007 case management conference, the Court initially set an |
| 2 | August 31, 2007 deadline for plaintiff to move for class certification; |
| 3 | WHEREAS the parties previously stipulated that they needed more time before class |
| 4 | certification briefing to conduct and review discovery and to resolve any disputes that arose during |
| 5 | the discovery process; |
| 6 | WHEREAS the Court previously entered an order on July 27, 2007, establishing a briefing |
| 7 | schedule and hearing date for class certification as follows: |
| 8 | 1. The deadline for plaintiff to move for class certification shall be January 11, 2008; |
| 9 | 2. Defendants' opposition brief shall be due on February 15, 2008; |
| 10 | 3. Plaintiff's reply shall be due on March 7, 2008; and |
| 11 | 4. Plaintiff's motion for class certification shall be noticed for hearing on March 21, |
| 12 | 2008 or thereafter; |
| 13 | WHEREAS the parties are in the process of discussing the terms and scope of the production |
| 14 | of information, including electronically stored information, that the parties will need in advance of |
| 15 | depositions, including depositions related to class certification; |
| 16 | WHEREAS the parties are also in the process of producing information and resolving |
| 17 | discovery disputes, both informally and by way of motion before Magistrate Judge Larson; |
| 18 | WHEREAS such activities are taking longer than anticipated; |
| 19 | WHEREAS defendants are proceeding to identify, process and produce responsive |
| 20 | electronically stored information and are hopeful that the process can be completed within the |
| 21 | confines of the schedule proposed below, defendants also recognize that the process involves |
| 22 | unknowns and uncertainties that could take additional time and warrant further adjustments in the |
| 23 | schedule; |
| 24 | WHEREAS plaintiff contends that the receipt of such information is essential before plaintiff |
| 25 | can conduct depositions and properly prepare for class certification, thus necessitating a modification |
| 26 | of the current briefing schedule; |
| 27 | THEREFORE, the parties, by and through their counsel, stipulate and request that: |
| 28 | 1. The deadline for plaintiff to move for class certification shall be April 14, 2008; |

STIPULATION AND [PROPOSED] ORDER RE: MODIFYING CLASS CERTIFICATION BRIEFING
SCHEDULE - C-06-03723-CRB(JL)

- 1 -

2. Defendants' opposition brief shall be due on May 19, 2008;

3. Plaintiff's reply shall be due on June 19, 2008; and

4. Plaintiff's motion for class certification shall be noticed for hearing on June 27, 2008 or thereafter.

DATED: December 17, 2007

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
EX KANO S. SAMS II

/s/ EX KANO S. SAMS II
EX KANO S. SAMS II

9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
AZRA Z. MEHDI
WILLOW E. RADCLIFFE
DANIEL J. PFEFFERBAUM
JAMES G. GILYARD
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
BONNY E. SWEENEY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ALTSHULER BERZON LLP
MICHAEL RUBIN
REBEKAH B. EVENSON
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
415/362-8064 (fax)

Attorneys for Plaintiff

1 | DATED: December 17, 2007
2 | ARNOLD & PORTER LLP
SHARON DOUGLASS MAYO

*[signature: Sharon D. Mayo]*
SHARON DOUGLASS MAYO

90 New Montgomery Street, Suite 6600
San Francisco, CA 94105
Telephone: 415/356-3000
415/356-3099 (fax)

ARNOLD & PORTER LLP
LAURENCE J. HUTT
JOHN R. LAWLESS
TERI R. RICHARDSON
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: 213/243-4137
213/243-4189 (fax)

ARNOLD & PORTER LLP
DAVID BERGMAN
MICHAEL P. LEWIS
555 Twelfth Street, NW
Washington, DC 20004
Telephone: 202/942-5000
202/942-5999 (fax)

Attorneys for Defendants

* * *

# ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED: __December 19, 2007__ _____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

U:\CasesLA\MBNA Live Check\STP00047985_Class Cert.doc

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION AND [PROPOSED] ORDER RE: MODIFYING CLASS CERTIFICATION BRIEFING
SCHEDULE - C-06-03723-CRB(JL)

- 3 -