LAURENCE J. HUTT (S.B. # 066269)
TERI R. RICHARDSON (S.B. #218665)
JOHN R. LAWLESS (S.B. # 223561)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Laurence_Hutt@aporter.com
Teri_Richardson@aporter.com
John_Lawless@aporter.com

SHARON DOUGLASS MAYO (S.B. # 150469)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, California 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Sharon_Mayo@aporter.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD NOBLES, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MBNA CORPORATION,<br>MBNA AMERICA BANK, N.A.,<br>MBNA MARKETING SYSTEMS, INC., BANK OF AMERICA CORPORATION,<br><br>    Defendants. | Case No. C-06-3723 CRB (JL)<br><br>STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT [L.R. 6-1(A)] |

On December 31, 2007, Plaintiff Donald Nobles filed a Second Amended Complaint in this matter. The response of Defendants MBNA Corporation, MBNA America Bank, N.A., MBNA Marketing Systems, Inc. and Bank of America Corporation (collectively, "Defendants") is therefore due on January 18, 2008.

Defendants requested and Plaintiff agreed to enlarge by one week the time for Defendants to file a response to the Second Amended Complaint, through and including January 25, 2008. This stipulation will not alter the date of any event or any deadline already fixed by Court order, and is being filed with the Court pursuant to Local Rule 6-1(a).

IT IS SO STIPULATED.

DATED: January 16, 2008

ARNOLD & PORTER LLP

By: /s/ Sharon Douglass Mayo
SHARON DOUGLASS MAYO
Attorneys for Defendants

DATED: January 16, 2008

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s/ Azra Z. Mehdi /SDM by permission
AZRA Z. MEHDI
Attorneys for Plaintiff

Signed: January 18, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -

STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO RESPOND
TO SECOND AMENDED COMPLAINT [L.R. 6-1(A)] - C-06-3723 CRB (JL)