UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donald Nobles, | No. C 06-3723 CRB  (JL) |
| Plaintiff, | |
| v. | **ORDER** |
| MBNA Corporation, et al., | |
| Defendant. _____/ | |

The Court received the parties' joint statement regarding a discovery dispute, filed at Docket Number 143, in effect Plaintiff's motion to compel discovery or compliance with this Court's previous discovery order. The Court finds the matter inappropriate for decision on the basis of a joint statement. Plaintiff may file a formal noticed motion.

IT IS SO ORDERED.

DATED: February 7, 2008

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\06-3723\ORD-FILE-143.wpd