# ARNOLD & PORTER LLP

415.356.3000
415.356.3099 Fax

Suite 600
90 New Montgomery Street
San Francisco, CA 94105

March 14, 2008

*IT IS SO ORDERED*
*Judge James Larson*

Chief Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom F, 15th Floor
San Francisco, California 94102

    Re:    **Nobles v. MBNA Corporation, et al.**
               U.S. Dist. Court, N.D. Cal., Case No. C-06-03723 CRB (JL)

Dear Judge Larson:

        The parties to this action, through their respective counsel of record, submit this joint letter to the Court with respect to this Court's order of March 10, 2008 ("Order") in this action.

        The Order requires that Defendants make certain witnesses available for deposition during the week of March 17, 2008, and make another witness available for deposition on March 25 or 26, 2008. Subsequent to the submission of the parties' Joint Statement on March 4, 2008, but before the entry of the Order, the parties were discussing the scheduling of a further mediation session in this case. That mediation has now been set for April 3, 2008, before Judge (ret.) Cahill. In light of the mediation date, among other factors, the parties have held further discussions regarding the orderly progress of this action, including the dates for the depositions which were the subject of the Order.

        The parties have agreed that it would be best to defer the depositions ordered for later this month until after the mediation and to request from Judge Breyer a continuance of the date for filing the motion for class certification. More particularly, they have agreed, subject to Court approvals, that the ordered depositions should take place on dates to be mutually agreed upon during the period from April 14, 2008, to May 2, 2008, and that the date for Plaintiff to file the motion for class certification should be extended to May 23, 2008. The parties are submitting a stipulation and proposed order to Judge Breyer relating to the class certification motion schedule.

# ARNOLD & PORTER LLP

Chief Magistrate Judge James Larson
March 14, 2008
Page 2

      By this letter, the parties are requesting that this Court vacate its March 10, 2008 order and instead order that the depositions referred to therein be reset by the parties on dates to be mutually agreed upon between April 14, 2008, and May 2, 2008.

Very truly yours,

ARNOLD & PORTER LLP

/s/
SHARON DOUGLASS MAYO
Attorneys for Defendants

COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP

/s/
AZRA Z. MEHDI
Attorneys for Plaintiff

# ARNOLD & PORTER LLP

I, Sharon Douglass Mayo, am the ECF User whose ID and password are being used to file this Joint Letter. In compliance with General Order no. 45, Section X.B., I hereby attest that Azra Z. Mehdi has concurred in this filing.

/s/
SHARON DOUGLASS MAYO