1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  AZRA Z. MEHDI (220406)
   WILLOW E. RADCLIFFE (200087)
3  DANIEL J. PFEFFERBAUM (248631)
   JAMES G. GILYARD (220791)
4  100 Pine Street, Suite 2600
   San Francisco, CA  94111
5  Telephone: 415/288-4545
   415/288-4534 (fax)
6  amehdi@csgrr.com
   wradcliffe@csgrr.com
7  dpfefferbaum@csgrr.com         ALTSHULER BERZON LLP
   jgilyard@csgrr.com             MICHAEL RUBIN (80618)
8       – and –                   REBEKAH B. EVENSON (207825)
   EX KANO S. SAMS II (192936)    177 Post Street, Suite 300
9  9601 Wilshire Blvd., Suite 510 San Francisco, CA  94108
   Los Angeles, CA  90210         Telephone: 415/421-7151
10 Telephone: 310/859-3100        415/362-8064 (fax)
   310/278-2148 (fax)             mrubin@altshulerberzon.com
11 esams@csgrr.com                revenson@altshulerberzon.com

12 Attorneys for Plaintiff

13 [Additional counsel appear on signature page.]

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 DONALD NOBLES, Individually and on     ) No. C-06-03723-CRB(JL)
   Behalf of All Others Similarly Situated, )
17                                         ) CLASS ACTION
                       Plaintiff,          )
18                                         ) STIPULATION AND [PROPOSED] ORDER
      vs.                                  ) RE: MODIFYING CLASS CERTIFICATION
19                                         ) SCHEDULE
   MBNA CORPORATION, et al.,               )
20                                         )
                       Defendants.         )
21                                         )

1  WHEREAS, the parties have determined that a mediation at this juncture would be helpful to
2 ascertain if a resolution of the litigation is possible and accordingly a mediation has been scheduled
3 for April 3, 2008;
4  WHEREAS, the parties had previously submitted two stipulations requesting more time
5 before class certification briefing to conduct and review discovery and to resolve any disputes that
6 arose during the discovery process;
7  WHEREAS, by stipulation of parties on December 19, 2007, the Court entered an order
8 modifying the class certification schedule pursuant to which plaintiff would file his motion by April
9 14, 2008 with the hearing to be noticed for June 27, 2008;
10  WHEREAS, production of documents by defendants is not yet complete and plaintiff is
11 expecting the production of documents (i) from the personal files of the intended Rule 30(b)(6)
12 deponents, depositions which have not yet occurred, and (ii) those stored at an Iron Mountain facility
13 in Delaware that have already been reviewed by plaintiff's counsel but are pending production to
14 plaintiff after defendants' review of these documents for privilege;
15  WHEREAS, the parties have agreed that it would be in the best interests of judicial economy,
16 and the most efficient use of counsel's time and resources to postpone briefing on class certification
17 issues so that the parties can focus on resolving the case through mediation;
18  WHEREAS, the Court had previously stayed the ongoing matter on March 6, 2007 while
19 parties attempted to mediate;
20  WHEREAS, the parties are hopeful that they can resolve the matter, but have agreed upon an
21 alternative schedule should the mediation prove to be unsuccessful;
22  THEREFORE, the parties, by and through their counsel, stipulate and agree that:
23  1.  Defendants will produce the pending discovery of documents stored at an Iron
24 Mountain facility in Delaware as well as from the personal files of the intended Rule 30(b)(6)
25 deponents by March 31, 2008;
26  2.  Defendants will provide dates for and plaintiff will take defendants' Rule 30(b)(6)
27 designee depositions during the three weeks commencing April 14 and ending May 2, 2008;
28  3.  The deadline for plaintiff to move for class certification shall be May 23, 2008;

STIPULATION AND [PROPOSED] ORDER RE: MODIFYING CLASS
CERTIFICATION SCHEDULE - C-06-03723-CRB(JL)                                                                          - 1 -

1    4.   Defendants' opposition brief shall be due on June 27, 2008;

2    5.   Plaintiff's reply shall be due on July 28, 2008; and

3    6.   Plaintiff's motion for class certification shall be noticed for hearing on August 8,
4  2008 or thereafter.

5    IT IS SO STIPULATED.

6  DATED: March 14, 2008              COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
7                                     AZRA Z. MEHDI
                                      WILLOW E. RADCLIFFE
8                                     DANIEL J. PFEFFERBAUM
                                      JAMES G. GILYARD
9

10
                                              /s/ Azra Z. Mehdi
11                                           AZRA Z. MEHDI

12                                    100 Pine Street, Suite 2600
                                      San Francisco, CA  94111
13                                    Telephone:  415/288-4545
                                      415/288-4534 (fax)
14
                                      COUGHLIN STOIA GELLER
15                                      RUDMAN & ROBBINS LLP
                                      EX KANO S. SAMS II
16                                    9601 Wilshire Blvd., Suite 510
                                      Los Angeles, CA  90210
17                                    Telephone:  310/859-3100
                                      310/278-2148 (fax)
18
                                      COUGHLIN STOIA GELLER
19                                      RUDMAN & ROBBINS LLP
                                      PATRICK J. COUGHLIN
20                                    BONNY E. SWEENEY
                                      655 West Broadway, Suite 1900
21                                    San Diego, CA  92101
                                      Telephone:  619/231-1058
22                                    619/231-7423 (fax)

23                                    ALTSHULER BERZON LLP
                                      MICHAEL RUBIN
24                                    REBEKAH B. EVENSON
                                      177 Post Street, Suite 300
25                                    San Francisco, CA  94108
                                      Telephone:  415/421-7151
26                                    415/362-8064 (fax)

27                                    Attorneys for Plaintiff

28

STIPULATION AND [PROPOSED] ORDER RE: MODIFYING CLASS
CERTIFICATION SCHEDULE - C-06-03723-CRB(JL)                                    - 2 -

| | | |
|---|---|---|
| 1 | DATED: March 14, 2008 | ARNOLD & PORTER LLP<br>SHARON DOUGLASS MAYO |
| 2 | | |
| 3 | | |
| 4 | | _/s/ Sharon Douglass Mayo_<br>SHARON DOUGLASS MAYO |
| 5 | | 90 New Montgomery Street, Suite 600<br>San Francisco, CA  94105 |
| 6 | | Telephone:  415/356-3000<br>415/356-3099 (fax) |
| 7 | | |
| 8 | | ARNOLD & PORTER LLP<br>LAURENCE J. HUTT<br>JOHN R. LAWLESS |
| 9 | | TERI R. RICHARDSON<br>777 South Figueroa Street, 44th Floor |
| 10 | | Los Angeles, CA  90017<br>Telephone:  213/243-4000 |
| 11 | | 213/243-4199 (fax) |
| 12 | | ARNOLD & PORTER LLP<br>DAVID BERGMAN |
| 13 | | MICHAEL P. LEWIS<br>555 Twelfth Street, NW |
| 14 | | Washington, DC  20004<br>Telephone:  202/942-5000 |
| 15 | | 202/942-5999 (fax) |
| 16 | | Attorneys for Defendants |

17  I, Azra Z. Mehdi, am the ECF User whose ID and password are being used to file this

18 Stipulation And [Proposed] Order Re: Modifying Class Certification Schedule.  In compliance with

19 General Order 45, X.B., I hereby attest that Sharon Douglass Mayo has concurred in this filing.

20                                                                  _/s/ Azra Z. Mehdi_
                                                                      AZRA Z. MEHDI

21                                         *       *       *

22

**O R D E R**

23

  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25

26 DATED:  March 4, 2008                    _____
                                                                 THE HONORABLE CHARLES R. BREYER
                                                                 UNITED STATES DISTRICT JUDGE

27 T:\CasesSF\MBNA Live Check\STP00049886.doc

28

STIPULATION AND [PROPOSED] ORDER RE: MODIFYING CLASS
CERTIFICATION SCHEDULE - C-06-03723-CRB(JL) - 3 -

*IT IS SO ORDERED* — Judge Charles R. Breyer (United States District Court, Northern District of California seal)