UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NOBLES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MBNA CORPORATION, et al.,<br><br>Defendants. | No. C-06-03723-CRB(JL)<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] SEALING ORDER |

1     Having considered the papers regarding Plaintiff's Administrative Request to File Portions of

2 Plaintiff's Civil L.R. 37-2 Statement in Support of Plaintiff's Motion to Compel Compliance with

3 the October 17, 2007 Order and to Compel Production of Discovery Under Seal; it is hereby ordered

4 that Plaintiff's Civil L.R. 37-2 Statement in Support of Plaintiff's Motion to Compel Compliance

5 with the October 17, 2007 Order and to Compel Production of Discovery is sealed.

6     IT IS SO ORDERED.

7 DATED: _____3/20/08_____   _____
THE HONORABLE JAMES LARSON
8     UNITED STATES CHIEF MAGISTRATE JUDGE

10 DATED: March 12, 2008

11 Respectfully submitted,

12 COUGHLIN STOIA GELLER
13   RUDMAN & ROBBINS LLP
AZRA Z. MEHDI
14 WILLOW E. RADCLIFFE
DANIEL J. PFEFFERBAUM
15 JAMES G. GILYARD

16     /s/
_____
WILLOW E. RADCLIFFE
17

100 Pine Street, Suite 2600
18 San Francisco, CA  94111
Telephone:  415/288-4545
19 415/288-4534 (fax)

20 COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
21 EX KANO S. SAMS II
9601 Wilshire Blvd., Suite 510
22 Los Angeles, CA  90210
Telephone:  310/859-3100
23 310/278-2148 (fax)

24 COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
25 PATRICK J. COUGHLIN
BONNY E. SWEENEY
26 655 West Broadway, Suite 1900
San Diego, CA  92101
27 Telephone:  619/231-1058
619/231-7423 (fax)

28

DECL. OF WILLOW E. RADCLIFFE IN SUPP. OF PLTF'S ADMINISTRATIVE REQUEST TO FILE
PORTIONS OF PLTF'S CIVIL L.R. 37-2 STMT RE PLTF'S MTC COMPLIANCE W/OCTOBER 17,
ORDER & TO COMPEL PRODUCTION OF DISCOVERY UNDER SEAL - C-06-03723-CRB(JL)   - 1 -

| | |
|---|---|
| 1 | ALTSHULER BERZON LLP |
| | MICHAEL RUBIN |
| 2 | REBEKAH B. EVENSON |
| | 177 Post Street, Suite 300 |
| 3 | San Francisco, CA  94108 |
| | Telephone:  415/421-7151 |
| 4 | 415/362-8064 (fax) |
| 5 | Attorneys for Plaintiff |

T:\CasesSF\MBNA Live Check\ORD00049909_Under Seal.doc

DECL. OF WILLOW E. RADCLIFFE IN SUPP. OF PLTF'S ADMINISTRATIVE REQUEST TO FILE PORTIONS OF PLTF'S CIVIL L.R. 37-2 STMT RE PLTF'S MTC COMPLIANCE W/OCTOBER 17, ORDER & TO COMPEL PRODUCTION OF DISCOVERY UNDER SEAL - C-06-03723-CRB(JL)     - 2 -

### CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 12, 2008.

/s/
WILLOW E. RADCLIFFE

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:WRadcliffe@csgrr.com

# Mailing Information for a Case 3:06-cv-03723-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Rebekah B. Evenson**
  revenson@altshulerberzon.com,smendez@altshulerberzon.com

- **James Garrison Gilyard**
  jamesg@lerachlaw.com,dpfefferbaum@lerachlaw.com

- **Laurence J. Hutt**
  laurence_hutt@aporter.com,kelly_welchen@aporter.com

- **John Robert Lawless , Jr**
  john_lawless@aporter.com,stacie_james@aporter.com,laurence_hutt@aporter.com

- **Sharon Douglass Mayo**
  sharon_mayo@aporter.com

- **Azra Z. Mehdi**
  azram@csgrr.com,spastor@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Michael Rubin**
  mrubin@altshulerberzon.com,byamate@altshulerberzon.com

- **Ex Kano Shirden Sams , II**
  exkanos@csgrr.com,e_file_sd@csgrr.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David B. Bergman
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004
```

**Gregory A. Ellis**
Arnold & Porter LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844