COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI (220406)
WILLOW E. RADCLIFFE (200087)
DANIEL J. PFEFFERBAUM (248631)
SUZANNE H. KAPLAN (247067)
JAMES G. GILYARD (220791)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
amehdi@csgrr.com
wradcliffe@csgrr.com
dpfefferbaum@csgrr.com
shkaplan@csgrr.com
jgilyard@csgrr.com
     – and –
EX KANO S. SAMS II (192936)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)
esams@csgrr.com

ALTSHULER BERZON LLP
MICHAEL RUBIN (80618)
REBEKAH B. EVENSON (207825)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
415/362-8064 (fax)
mrubin@altshulerberzon.com
revenson@altshulerberzon.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NOBLES, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>MBNA CORPORATION, et al.,<br><br>      Defendants. | No. C-06-03723-CRB(JL)<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER RE: VACATING PRETRIAL DEADLINES DUE TO SETTLEMENT IN PRINCIPLE |

1    WHEREAS, the Court had previously stayed this action on March 6, 2007 for 90 days while
2 the parties attempted to mediate;

3    WHEREAS, the parties unsuccessfully mediated this action on May 24, 2007 and thereafter
4 proceeded with discovery;

5    WHEREAS, the parties mediated this action before the Honorable William J. Cahill (Ret.) on
6 April 29, 2008 and again on May 7, 2008;

7    WHEREAS, the parties believe they have reached a settlement in this action and are in the
8 process of preparing preliminary approval papers for the Court's consideration;

9    WHEREAS, the parties are working in good faith to document the settlement and submit it to
10 the Court for its review;

11    WHEREAS, although this is a proposed class action settlement, the parties have agreed to
12 use reasonable best efforts to complete final documentation of the settlement within 120 days;

13    WHEREAS, the parties agree that it will serve judicial efficiency and be in the best interest
14 of all parties if all currently scheduled deadlines in this action were vacated, including the following
15 pre-trial dates pursuant to the Court's March 17, 2008 Stipulation and Order Re: Modifying Class
16 Certification Schedule (Dkt. No. 159):

17    1.    Plaintiff's motion for class certification due May 23, 2008;
18    2.    Defendants' opposition to class certification due June 27, 2008;
19    3.    Plaintiff's reply to class certification due on July 28, 2008; and
20    4.    Class Certification hearing scheduled for August 8, 2008;

21    WHEREAS, no trial date has been scheduled in this action;

22    THEREFORE, the parties, by and through their counsel, stipulate and agree that all currently
23 scheduled pre-trial deadlines in this action should be vacated including:

24    1.    Plaintiff's motion for class certification due May 23, 2008;
25    2.    Defendants' opposition to class certification due June 27, 2008;
26    3.    Plaintiff's reply to class certification due on July 28, 2008; and
27    4.    Class Certification hearing scheduled for August 8, 2008.

28

STIPULATION AND [PROPOSED] ORDER RE: VACATING PRETRIAL
DEADLINES DUE TO SETTLEMENT IN PRINCIPLE - C-06-03723-CRB(JL)                - 1 -

1  The parties further stipulate and agree, by and through their counsel, that they will jointly file
2  a status report in 90 days to advise the Court of their progress in documenting the settlement and of
3  the expected timing of the motion for preliminary approval.
4    IT IS SO STIPULATED.

DATED:  May 15, 2008    COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI
WILLOW E. RADCLIFFE
DANIEL J. PFEFFERBAUM
SUZANNE H. KAPLAN
JAMES G. GILYARD


             /s/  Azra Z. Mehdi
              AZRA Z. MEHDI

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
EX KANO S. SAMS II
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
BONNY E. SWEENEY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ALTSHULER BERZON LLP
MICHAEL RUBIN
REBEKAH B. EVENSON
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone: 415/421-7151
415/362-8064 (fax)

Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER RE: VACATING PRETRIAL
DEADLINES DUE TO SETTLEMENT IN PRINCIPLE - C-06-03723-CRB(JL)          - 2 -

| | | |
|---|---|---|
| 1 | DATED:  May 15, 2008 | ARNOLD & PORTER LLP |
| 2 | | SHARON DOUGLASS MAYO |

                                                      /s/  Sharon Douglass Mayo
                                                   SHARON DOUGLASS MAYO

90 New Montgomery Street, Suite 600
San Francisco, CA  94105
Telephone:  415/356-3000
415/356-3099 (fax)

ARNOLD & PORTER LLP
LAURENCE J. HUTT
JOHN R. LAWLESS
TERI R. RICHARDSON
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone:  213/243-4000
213/243-4199 (fax)

Attorneys for Defendants

     I, Azra Z. Mehdi, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Re: Vacating Pretrial Deadlines Due to Settlement in Principle.  In compliance with General Order 45, X.B., I hereby attest that Sharon Douglass Mayo has concurred in this filing.

                                                   /s/ Azra Z. Mehdi
                                                   AZRA Z. MEHDI

\*  \*  \*

# O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**Case management conference set for August 22, 2008 at 8:30 a.m.**

DATED:  __May 16, 2008_____   _____
                                                        THE HONORABLE CHARLES R. BREYER
                                                        UNITED STATES DISTRICT JUDGE

T:\CasesSF\MBNA Live Check\STP00051244.doc

*IT IS SO ORDERED — Judge Charles R. Breyer (signature stamp, United States District Court, Northern District of California)*