COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI (220406)
WILLOW E. RADCLIFFE (200087)
DANIEL J. PFEFFERBAUM (248631)
SUZANNE H. KAPLAN (247067)
JAMES G. GILYARD (220791)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
amehdi@csgrr.com
wradcliffe@csgrr.com
dpfefferbaum@csgrr.com
shkaplan@csgrr.com
jgilyard@csgrr.com
        – and –
EX KANO S. SAMS II (192936)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)
esams@csgrr.com

ALTSHULER BERZON LLP
MICHAEL RUBIN (80618)
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  415/421-7151
415/362-8064 (fax)
mrubin@altshulerberzon.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NOBLES, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>MBNA CORPORATION, et al.,<br><br>      Defendants. | No. C-06-03723-CRB(JL)<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER RE: EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE |

1       WHEREAS, by Order of May 16, 2008, the Court had previously vacated all pretrial
2 deadlines due to a settlement in principle reached by the parties;

3       WHEREAS, the parties are working in good faith to complete the confirmatory process and
4 to document the proposed settlement for submission to the Court for its review;

5       WHEREAS, the parties have not yet completed the confirmatory process, but have agreed to
6 use reasonable best efforts to do so and, to that end, are in the process of scheduling a follow-up
7 mediation session with the Honorable William J. Cahill (Ret.) to assist them in completing that
8 process;

9       WHEREAS, the parties agree that it will serve judicial efficiency and that the parties will be
10 in a better position to inform the Court of the status of the proposed settlement if the currently
11 scheduled Case Management Conference for August 22, 2008 is vacated and rescheduled for
12 September 19, 2008, or the Court's earliest available date thereafter; and

13       WHEREAS, no trial date is currently scheduled in this action.

14       NOW THEREFORE, the parties, by and through their counsel, stipulate and request that the
15 Court vacate the currently scheduled Case Management Conference for August 22, 2008 and
16 reschedule it for September 19, 2008, or the Court's earliest available date thereafter.

17       IT IS SO STIPULATED.

18 DATED: August 12, 2008                       COUGHLIN STOIA GELLER
                                                                                   RUDMAN & ROBBINS LLP
19                                     AZRA Z. MEHDI
                                    WILLOW E. RADCLIFFE
20                                   DANIEL J. PFEFFERBAUM
                                   SUZANNE H. KAPLAN
21                                   JAMES G. GILYARD

22

23                                             /s/ Azra Z. Mehdi
                                               AZRA Z. MEHDI
24

25                                 100 Pine Street, Suite 2600
                                San Francisco, CA  94111
26                                 Telephone:  415/288-4545
                                415/288-4534 (fax)

27

28

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
EX KANO S. SAMS II
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
BONNY E. SWEENEY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ALTSHULER BERZON LLP
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  415/421-7151
415/362-8064 (fax)

Attorneys for Plaintiff

DATED:  August 12, 2008                ARNOLD & PORTER LLP
                                       LAURENCE J. HUTT
                                       JOHN R. LAWLESS
                                       TERI R. RICHARDSON


                                            /s/ Laurence J. Hutt
                                         LAURENCE J. HUTT

                                       777 South Figueroa Street, 44th Floor
                                       Los Angeles, CA  90017
                                       Telephone:  213/243-4000
                                       213/243-4199 (fax)

                                       ARNOLD & PORTER LLP
                                       SHARON DOUGLASS MAYO
                                       90 New Montgomery Street, Suite 600
                                       San Francisco, CA  94105
                                       Telephone:  415/356-3000
                                       415/356-3099 (fax)

                                       Attorneys for Defendants

1  I, Azra Z. Mehdi, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order re: Extending Date for Case Management Conference.  In
3  compliance with General Order No. 45, X.B., I hereby attest that Laurence J. Hutt has concurred in
4  this filing.

                                                /s/ Azra Z. Mehdi
                                                AZRA Z. MEHDI

\*  \*  \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August 12, 2008

                                                  THE HONORABLE CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE

T:\CasesSF\MBNA Live Check\STP00053275.doc

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]