IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NOBLES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MBNA CORPORATION, et al.<br><br>    Defendants._____/ | No. C 06-3723 CRB<br><br>**ORDER RE: PRELIMINARY APPROVAL HEARING** |

    The Court is scheduled to hear the parties' motion for preliminary approval of the proposed class action settlement at 10:00 a.m. on Thursday, January 29, 2009.  The parties are directed to have the following persons present at the hearing and available to answer questions from the Court: (1) Matt Schlitz, defendants' Senior Vice President and Existing Customer Marketing Executive, and (2) a representative from Rust Consulting, Inc., the proposed Claims Administrator.  In addition, on or before noon on Wednesday, January 28, 2009, plaintiffs' counsel shall submit a declaration disclosing their lodestar attorneys' fees

//
//
//
//

1  and expenses incurred to date.

2  **IT IS SO ORDERED.**

3  Dated: January 26, 2009

4  _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE