COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI (220406)
WILLOW E. RADCLIFFE (200087)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
amehdi@csgrr.com
wradcliffe@csgrr.com
dpfefferbaum@csgrr.com
  – and –
EX KANO S. SAMS II (192936)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)
esams@csgrr.com

ALTSHULER BERZON LLP
MICHAEL RUBIN (80618)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
415/362-8064 (fax)
mrubin@altshulerberzon.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NOBLES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MBNA CORPORATION, et al.,<br><br>Defendants. | No. C-06-03723-CRB(JL)<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF PAGE LIMIT FOR PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES |

1  WHEREAS, plaintiff intends to file his Motion for Final Approval of Class Action
2  Settlement and Award of Attorneys' Fees and Expenses on June 5, 2009;
3  WHEREAS, this Court's standing order, dated June 30, 2004, limits all briefs or memoranda
4  of points and authorities in support of any motion to fifteen pages in length;
5  WHEREAS plaintiff believes that he cannot completely address all pertinent issues within
6  the 15-page limit including, but not limited to: (i) summarizing the lengthy mediation process and
7  the resulting settlement agreement, which includes two means of payment to settlement class
8  members as well as changes to defendants' business practices, as set forth in such settlement
9  agreement; (ii) addressing the fairness of the settlement to the settlement class members; and (iii)
10  addressing the reasonableness of the attorneys' fees; and
11  WHEREAS, the parties have met and conferred about a page-limit extension that would
12  apply to plaintiff's motion; and the parties are amenable to an extension of the page limit to 30
13  pages.
14  IT IS THEREFORE STIPULATED AND AGREED, by plaintiff and defendants, through
15  their respective counsel of record, that subject to the Court's approval, plaintiff shall have 30 pages
16  for his Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees and
17  Expenses.
18  IT IS SO STIPULATED.

19  DATED: June 4, 2009        COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
20                                PATRICK J. COUGHLIN
                                  BONNY E. SWEENEY
21                                JEFFREY D. LIGHT

22

23                                       /s/
                                  JEFFREY D. LIGHT
24
                                  655 West Broadway, Suite 1900
25                                San Diego, CA  92101
                                  Telephone:  619/231-1058
26                                619/231-7423 (fax)

27                                COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
28                                EX KANO S. SAMS II

STIP. & [PROPOSED] ORDER RE EXT. OF PAGE LIMIT FOR PLTFS' MTN FOR FINAL APPRV'L
OF CLASS ACTION STLMT & AWARD OF ATTYS' FEES & EXPENSES - C-06-03723-CRB(JL)        - 1 -

|   |   |
|---|---|
| 1 | 9601 Wilshire Blvd., Suite 510 |
|   | Los Angeles, CA  90210 |
| 2 | Telephone:  310/859-3100 |
|   | 310/278-2148 (fax) |
| 3 |   |
|   | COUGHLIN STOIA GELLER |
| 4 |   RUDMAN & ROBBINS LLP |
|   | AZRA Z. MEHDI |
| 5 | WILLOW E. RADCLIFFE |
|   | DANIEL J. PFEFFERBAUM |
| 6 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA  94111 |
| 7 | Telephone:  415/288-4545 |
|   | 415/288-4534 (fax) |
| 8 |   |
|   | ALTSHULER BERZON LLP |
| 9 | MICHAEL RUBIN |
|   | 177 Post Street, Suite 300 |
| 10 | San Francisco, CA  94108 |
|   | Telephone:  415/421-7151 |
| 11 | 415/362-8064 (fax) |
| 12 | Attorneys for Plaintiff |

DATED: June 4, 2009        LAURENCE J. HUTT
                           ARNOLD & PORTER LLP

                                  /s/
                           LAURENCE J. HUTT

                           777 S. Figueroa Street, 44th Floor
                           Los Angeles, CA  90017-2844
                           Facsimile: 213/243-4199

                           Attorneys for Defendants

I, Jeffrey D. Light, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF PAGE LIMIT FOR PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES.  In compliance with General Order 45, X.B., I hereby attest that Laurence J. Hutt has concurred in this filing.

*   *   *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  Juen 8, 2009                    _____
                                        THE HONORABLE
                                        UNITED STATES DISTRICT

*IT IS SO ORDERED — Judge Charles R. Breyer*

S:\CasesSD\MBNA Live Check\STP00059843.doc

STIP. & [PROPOSED] ORDER RE EXT. OF PAGE LIMIT FOR PLTFS' MTN FOR FINAL APPRV'L
OF CLASS ACTION STLMT & AWARD OF ATTYS' FEES & EXPENSES - C-06-03723-CRB(JL) - 2 -