IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NOBLES, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>MBNA CORPORATION, et al.<br><br>       Defendants. | No. C 06-3723 CRB<br><br>**JUDGMENT** |

Judgment is entered in favor of Plaintiff and against Defendants in the amount of $6.325 million for the benefit of the class (minus $2,500 as a service award to Lead Plaintiff Donald Nobles), $500,000 in costs, expenses and fees relating to class notice and administration of the settlement, $129,529.75 in expenses, and $2,318,176.58 in attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 1, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\3723\judgment.wpd